10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO GARCIA, | § | |
| Plaintiff | § § § | |
| VS. | § | Civil Action Number B-98-177 |
| MERCED BURNIAS, ET AL., | § § § | |
| Defendants | § | |

**ORDER GRANTING MOTION FOR CONTINUANCE**
— § —

This cause came on to be heard in the motion of Plaintiff for a continuance of the above-entitled action for trial until January 28, 1999, and it appearing to the Court from the affidavit of Reneé Treviño in support of said motion that the unavailability of both of Plaintiff's counsel is unavoidable, it is

ORDERED that the initial pretrial conference in the above-entitled cause shall stand continued to the 28th day of January, 1999, at the hour of 10:00 a.m.

SIGNED this _12_ day of January, 1999.

UNITED STATES MAGISTRATE JUDGE