12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO GARCIA, | § | |
| Plaintiff | § | |
| VS. | § | |
| MERCED BURNIAS, Individually and In His Official Capacity as Deputy Sheriff of Cameron County, | § | |
| LELINA NIETO, Individually and In Her Official Capacity as Deputy Sheriff of Cameron County, and | § | Civil Action Number B-98-177 |
| ALEX PEREZ, Individually and In His Former Official Capacity as Sheriff of Cameron County, | § | |
| OMAR LUCIO, Individually and In His Official Capacity as Sheriff of Cameron County, | § | |
| Defendants | § | |

## ORDER DENYING
## DEFENDANTS' MOTION TO STAY DISCOVERY

———§———

On the 28th day of JAN, 1999, this cause came before this Court upon Defendants' Motion To Stay Discovery and Plaintiff's Response To Defendants' Motion To Stay Discovery. Having considered Defendants' motion and Plaintiff's response thereto, this Court finds that Defendants' motion should be and is hereby denied.

IT IS, THEREFORE, ORDERED that Defendants' Motion To Stay Discovery be and is hereby DENIED in all respects.

SIGNED and ENTERED on this 28th day of JAN, 1999.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE