13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
2-1-
JAN 1999

Michael N. Milby, Clerk of Court
By Deputy

| | | |
|---|---|---|
| PEDRO GARCIA, | § | |
| Plaintiff | § | |
| VS. | § | Civil Action Number B-98-177 |
| MERCED BURNIAS, ET AL., | § | |
| Defendants | § | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

— § —

On the 28th day of JANUARY, 1999, this cause came before this Court upon Plaintiff's Motion For Leave To Amend Complaint. Having considered the motion, this Court finds that Plaintiff's motion be and is hereby granted.

IT IS, THEREFORE, ORDERED that Plaintiff be and is hereby granted leave of court to file his Plaintiff's First Amended Complaint incorporated by reference and attached to his Motion For Leave To Amend Complaint.

IT IS FURTHER ORDERED that Plaintiff file his First Amended Complaint within ___ days from the date of this order.

SIGNED and ENTERED on this 28th day of JANUARY, 1999.

UNITED STATES MAGISTRATE JUDGE