*14*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

PEDRO GARCIA                          *
                                      *
        VS                            *    C.A. NO. B98 177
                                      *
MERCED BURNIAS, ET AL                 *


## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:


(1)    A status conference set for **April 19, 1999, at 10 a.m.**

(2)    All discovery in this case must be completed by **September 13, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **August 6, 1999.** Failure to file such motion shall preclude further discovery.

(3)    All other motions, including joinder of parties must be filed no later than ten (1.) days after the completion of discovery.

(4)    A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 4, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)    A final pretrial and settlement conference is set for **October 4, 1999.**

(6)    Trial on the merits is set for **November 4, 1999,** docket call.

DONE at Brownsville, Texas, on **January 28, 1999.**


                                          John Wm. Black
                                 United States Magistrate Judge