20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA, | § | |
| Plaintiff | § | |
| VS. | § | |
| MERCED BURNIAS, Individually and In His Official Capacity as Deputy Sheriff of Cameron County, | § | |
| LELINA NIETO, Individually and In Her Official Capacity as Deputy Sheriff of Cameron County, and | § | Civil Action No. B-98-177 |
| ALEX PEREZ, Individually and In His Former Official Capacity as Sheriff of Cameron County, | § | |
| OMAR LUCIO, Individually and In His Official Capacity as Sheriff of Cameron County, | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED
JUL 1 3 1999
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JUL 1 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

—§—

Upon consideration of the Stipulation For Dismissal pursuant to FRCP 41(a)(1), and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED and DECREED that this case is dismissed without costs to either party.

JUDGE PRESIDING 7/14/99